AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of California

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
Priority Mail parcel # 9405 5362 0624 9302 4253 44 addressed to "MARIE SPOSATO 1905 NE 4TH TER CAPE CORAL FL 33909-2752"  )

Case No.  25MJ3650-AHG

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Southern___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A-2, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___July 14, 2025___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Hon. Allison H. Goddard___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: 11:21 am July 1, 2025

*signature* Allison [signature]

City and state: San Diego, CA          Hon. Allison H. Goddard, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 25MJ3650-AHG | Date and time warrant executed: 7/2/2025 at 12:00 PM | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of : Postal Inspectors David Smith and Ron MacAskill | | |
| Inventory of the property taken and name(s) of any person(s) seized: USPS Priority Mail parcel 9405 5362 0624 9302 4253 44 found to contain a sealed padded envelope containing a white chalky substance in a vacuum sealed bag and green plastic wrap that field tested positive for cocaine and weighed approximately 262.2 grams.<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>// | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/2/2025

*Executing officer's signature*

David Smith; Postal Inspector
*Printed name and title*

## ATTACHMENT A-2
## PARCEL TO BE SEARCHED

**Subject Parcel 2**: Priority Mail parcel # 9405 5362 0624 9302 4253 44 addressed to "MARIE SPOSATO 1905 NE 4TH TER CAPE CORAL FL 33909-2752" with the return address of "TIFFANY ELLIOTT 126 7TH ST DEL MAR CA 92014". It was postmarked on June 21, 2025 from ZIP code 92014. **Subject Parcel 2** weighs approximately 11.65 ounces.

The **Subject Parcels** are in the custody of the USPIS in San Diego, California.

## ATTACHMENT B
## ITEMS TO BE SEIZED

The items to be seized from the **Subject Parcels** are:

   a. Any controlled substances;
   b. United States currency in excess of $100;
   c. Money orders that accompany controlled substances; and money orders that (1) appear structured and collectively total over $3,000, or (2) do not list a payee and payor and collectively total over $3,000; and
   d. Any documents reflecting ownership or control of the Subject Parcel or the distribution of controlled substances or its proceeds,

which are evidence of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 843(b) (unlawful use of a communication facility (including the mails) to facilitate the distribution of a controlled substance), and 846 (conspiracy to distribute a controlled substance).